**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 08-CV-22430-UNGARO/SIMONTON

AKBAR MOATAMEDI
      Plaintiff,

v.

BECKMAN COULTER, INC.,
a Deleware corporation,
      Defendant,

_____/

## <u>ORDER TO SHOW CAUSE</u>

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.  On October 2, 2008, Defendant filed its Partial Motion to Dismiss with Prejudice Count VI of Plaintiff's Complaint (D.E. 3).  Plaintiff has failed to file a timely response to the Motion.  Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL file a response to Defendant's Partial Motion to Dismiss no later than **5:00 p.m. on Friday, October 24, 2008.**   Plaintiff is cautioned that failure to adequately respond to the pending motion by 5:00 p.m. on October 24, 2008, may result in the Court granting the pending motion without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 23d day of October, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided to:
Counsel of record